# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY and VALLEY FORGE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB,<br><br>Defendant. | No. 1:25-cv-00612-GBW |

## PLAINTIFFS THE CONTINENTAL INSURANCE COMPANY AND VALLEY FORGE INSURANCE COMPANY'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(c)(1), Plaintiffs The Continental Insurance Company and Valley Forge Insurance Company (collectively "Plaintiffs") hereby give notice that the Declaratory Judgment Complaint in this matter is voluntarily dismissed pursuant to the parties' Tolling Agreement. Defendant Wilmington Savings Fun Society, FSB has not served a responsive pleading in this action. Accordingly, Plaintiffs notice the voluntary dismissal of the Complaint without prejudice. See, FRCP 41(a)(1)(B).

DATED: August 18, 2025          KENNEDYS CMK LLP

/s/ Marc Casarino
Marc Casarino (DE 3613)
222 Delaware Avenue, Suite 710
Wilmington, DE 19801
Direct: 302-308-6647
Email: marc.casarino@kennedyslaw.com

-and-

Louis H. Kozloff
Frances A. Lettieri

(*admitted pro hac vice*)
KENNEDYS CMK LLP
1600 Market Street
Suite 1410
Philadelphia, PA 19103

Attorneys for Plaintiffs
*The Continental Insurance Company and Valley Forge Insurance Company*

SO ORDERED, this 8th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE

SO ORDERED, this ___ day of ______________, 20__

______________________________
UNITED STATES DISTRICT JUDGE